Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Civil Division

|  |  |  |
|---|---|---|
| Michael Buxbaum | ) | Case No. |
|  | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| **-v-** | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| Marianne Bonacorso | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Buxbaum |
| Street Address | 7491 N Federal Hwy 125 |
| City and County | Boca Raton, Palm Beach County |
| State and Zip Code | Florida, 33487 |
| Telephone Number | (754) 327-1246 |
| E-mail Address | michaelbuxbaum@icloud.com |

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Marianne Bonacorso |
| Job or Title *(if known)* | |
| Street Address | 19 Braemar Court |
| City and County | New City, Rockland |
| State and Zip Code | NY, 10956 |
| Telephone Number | |
| E-mail Address *(if known)* | mareb6@hotmail.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties      is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of      another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a      diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question                          Diversity of citizenship XX

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that      are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff,                    Michael Buxbaum                    , is a citizen of the
State of *(name)*          Florida                              .

b.    If the plaintiff is a corporation

The plaintiff,                                                    , is incorporated
under the laws of the State of *(name)*                                    ,

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

and has its principal place of business in the State of *(name)*

.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*    Marianne Bonacorso    , is a citizen of

the State of *(name)*    New York    . Or is a citizen of

*(foreign*    .

b.    If the defendant is a corporation

The defendant, *(name)*    , is incorporated

the laws of the State of *(name)*    , and has its

principal place of business in the State of *(name)*    .

Or is incorporated under the laws of *(foreign nation)*    ,

and has its principal place of business in *(name)*    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$700,000 for Ejectment.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

New York

B.      What date and approximate time did the events giving rise to your claim(s) occur?

2025

C.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Defendant, Marianne Bonacorso, refuses to leave Plaintiff's, Michael Buxbaum's property.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Monetary damages at a later time would not adequately compensate me for the injuries I am sustaining as a result of the events described above because I am unable to sell my property for $600,000.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

---

### V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include    the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any  punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or  punitive money damages.

Order Marianne Bonacorso, Defendant to leave Michael Buxbaum's, Plaintiff's property.

### VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,    and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause    unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable  opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the          requirements of Rule 11.

####   A.    For Parties Without an Attorney

be

I agree to provide the Clerk's Office with any changes to my address where case–related papers may served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          February 05, 2025

Signature of Plaintiff

Printed Name of Plaintiff          Michael Buxbaum

####   B.    For Attorneys

Date of signing:

Signature of Attorney

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address