UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: MICHAEL BUXBAUM

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Michael Buxbaum, acting *pro se*, has filed more than fifty actions since December 9, 2024, and the Court has issued dozens of orders directing Plaintiff either to pay the filing fees or submit an application to proceed *in forma pauperis* (IFP). Some of Plaintiff's actions have already been dismissed for failure to pay the fees and others have been dismissed as duplicative. *See*, *e.g.*, *Buxbaum v. Zillow Group, Inc.*, No. 25-CV-0297 (LTS) (S.D.N.Y. Jan. 17, 2025); *Buxbaum v. Zillow Group, Inc.*, No. 25-CV-0225 (LTS) (S.D.N.Y. Jan. 13, 2025); *Buxbaum v. Sommer*, No. 24-CV-10080 (LTS) (S.D.N.Y. Jan. 9, 2025); *Buxbaum v. Intuit*, No. 24-CV-10060 (LTS) (S.D.N.Y. Jan. 7, 2025); *Buxbaum v. Chase*, No. 24-CV-9388 (LTS) (S.D.N.Y. Jan 22, 2025).

The Court finds that, based on the multiple deficiency orders that the court has issued, Plaintiff is on notice of the filing fee requirements. Accordingly, the Court dismisses this action without prejudice to reopening upon Plaintiff's submission of the filing fees or an IFP application, within 30 days of the date of docketing this order.

**CONCLUSION**

The Clerk of Court is directed to assign this matter to my docket. This action is dismissed without prejudice to reopening upon Plaintiff's submission of the filing fee or an IFP application, within 30 days of the date of docketing this order.

2

The Clerk of Court is further directed to docket this order in any action that Plaintiff files *pro se* without prepayment of the filing fees or an IFP application.

SO ORDERED.

Dated: January 29, 2025
New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge